# Exhibit 2

| Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. XRPro LLC ("Structure") |
| --- |

| Claim16 | Evidence |
| --- | --- |
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The XRPro LLC Structure Sensor 3 3D Scanning System is a portable 3D scanning system for acquiring surface geometry of three-dimensional objects and anatomical structures.<br><br>For example, the Structure Sensor 3 is a 3D scanning system for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Structure Sensor 3 includes a scanner head that project a series of infrared light patterns onto the object being scanned. When light projects onto the object's surface, the patterns become distorted. The dual infrared camera system captures these images and sends them for processing to a connected iPad executing 3D scanning software applications.<br><br> |

1

# Good things come in 3s.

The all-new **Structure Sensor 3** toughens up with our most durable, longest-lasting and most powerful scanning platform to date. Push the limits of what's possible with three times the battery life, a sensor redesigned with the rigors of your practice in mind, and more performance than ever.

# 3x the performance

With an all-new neural processor, a fully redesigned sensor, advanced Structure SDK features, and anatomic landmark detection and measurements in Structure Cloud, Structure Sensor 3 is our most powerful platform to date. With a free year of Structure Capture included[1] and hundreds of support apps, it's never been easier to get scanning right out of the box.

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

> If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



Source: https://structure.io/structure-sensor-3/

## 2. Internal Components

### a. IR Projector

| | |
|---|---|
| Laser Type | Type 1 |
| Wavelength | 940 nm |

### b. Cameras

| Type | IR |
|---|---|
| Number | 2 |
| Field of View | 51.8 deg (Horizontal) x 59.9 deg (Vertical) |
| | 74.3 deg (Diagonal)* |
| Shutter Type | Global |
| Minimum Range | 20 cm |
| Maximum Range | 5 meters |

Source: https://support.structure.io/article/461-technical-specifications



Source: https://structure.io/structure-sensor-3/

| | |
|---|---|
| means for establishing an object coordinate system in known relationship to the object; | The XRPro LLC Structure Sensor 3 3D Scanning System includes means for establishing an object coordinate system in known relationships with the object.<br><br>For example, the Structure Sensor 3 includes an iPad-based controller to establish an object coordinate system using an image of the target object and the position of the scanner head when the image was captured. |



Source:
https://structure.io/structure-sensor-3-for-ipad/#:~:text=Not%20sure?,date%20is%2023rd%20May%202025



Source: https://structure.io/structure-sensor-3/

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



**b. Cameras**

| Type | IR |
|---|---|
| Number | 2 |
| Field of View | 51.8 deg (Horizontal) x 59.9 deg (Vertical) |
|  | 74.3 deg (Diagonal)* |
| Shutter Type | Global |
| Minimum Range | 20 cm |
| Maximum Range | 5 meters |

Source: https://support.structure.io/article/461-technical-specifications



Source: https://structure.io/structure-sensor-3/

| means for projecting a pattern of structured light of known geometry onto the object; | The XRPro LLC Structure Sensor 3 3D Scanning System includes means for projecting a pattern of structured light of known geometry onto the object.<br><br>For example, Structure Sensor 3 includes a structured infrared light source that projects a series of light patterns (e.g. structured light as illumination) onto the object being scanned.<br><br>"In order to capture depth, our sensors project an IR speckle pattern to the object the user intends to scan. This pattern distorts once it reaches the object, and the sensor interprets the distortion. This sort of spatial sensing is called structured light." |

Source: [https://support.structure.io/article/405](https://support.structure.io/article/405)



Source: [https://structure.io](https://structure.io)



Source: https://structure.io



Source:
https://structure.io/structure-sensor-
3/?srsltid=AfmBOorcDIr13knUrCp5sTpVXzOvJW5MnUPnniDjWfguKDuiY3cqYn5H



Source: https://support.structure.io/article/461-technical-specifications



Source: https://structure.io/structure-sensor-3/

| | |
|---|---|
| means for forming an image of an intersection of the pattern of structured light with the object; | The XRPro LLC Structure Sensor 3 3D Scanning System includes means for forming an image of an intersection of the pattern of structured light with the object.<br><br>For example, the Structure Sensor 3 is equipped with two infrared cameras with global shutters that capture the projected infrared light patterns on the target object, working with a Class 1 laser projector to create structured light 3D scanning. |



Source:
https://structure.io/structure-sensor-
3/?srsltid=AfmBOorcDIr13knUrCp5sTpVXzOvJW5MnUPnniDjWfquKDuiY3cqYn5H



Source: https://support.structure.io/article/461-technical-specifications

| | |
|---|---|
| | <br><br>Source: https://structure.io/structure-sensor-3/ |
| processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light; | The XRPro LLC Structure Sensor 3 3D Scanning System includes processing means for generating a set of data characterizing the intersection relative to the position of the pattern of light.<br><br>For example, the Structure Sensor 3 includes a high-performance iPad and an onboard NU4000 co-processor for processing the images of light patterns captured by the camera system into a point cloud of millions of data points for each position of the object being scanned. |



Source:
https://structure.io/structure-sensor-3-for-
ipad/#:~:text=Not%20sure?,date%20is%2023rd%20May%202025



Source: https://support.structure.io/article/461-technical-specifications



Source: https://support.structure.io/article/454-which-ipads-can-i-use-with-structure-sensor-3



## Technical specifications

**Structure Sensor 3 Specs**

| Changes / Improvements | Structure Sensor Pro | Structure Sensor 3 |
|---|---|---|
| Increased operational time | 650mAh Battery capacity<br>Sensor discharges iPad, even when idle | 1250mAh Battery capacity<br>Reduced power consumption when idle |
| Increased lifetime | 650mAh Battery capacity<br>1C max. battery discharge rate | 1250mAh Battery capacity<br>2C max. battery discharge rate |
| Wavelength | 825nm | 940nm |
| Calibration Robustness | Thinner chassis<br>Adaptor plate attached after calibration | Stiffer chassis<br>Combined backer and adaptor plate, attached before calibration<br>Survives 1 meter drop test thanks to improved gift box design |
| Reduced number of parts, simplified manufacturing | Additional screws and part. Additional manufacturing step | Combined backer and adaptor plate |
| Processing power | NU3000 processor: 660MHz<br>128 MB LPDDR2 | NU4000 processor: 1GHz, 1.8 TOPs CNN co-processor<br>1GB LPDDR4 |
| HDR (High Dynamic Range) | N/A | Available in Structure Sensor 3: New and improved IR cameras. (Under development for future release) |

Source: https://structure.io/structure-sensor-3/

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

## Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



Source: https://structure.io/structure-sensor-3/

| transmitting means for transmitting some portion of the image or intersection data to a receiver; | The XRPro LLC Structure Sensor 3 3D Scanning System includes transmitting means for transmitting some portion of the image or intersection data to a receiver.<br><br>For example, Structure Sensor 3 features a transmitter that simultaneously sends multiple image data streams at high speeds to the transceiver integrated into the iPad. |
|---|---|



Source:
https://structure.io/structure-sensor-3-for-ipad/#:~:text=Not%20sure?,date%20is%203rd%20May%202025



Source: https://structure.io/structure-sensor-3/



Source:
https://structure.io/structure-sensor-3-for-
ipad/#:~:text=Not%20sure?,date%20is%2023rd%20May%202025

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/

| | |
|---|---|
| receiving means for receiving the transmitted processed intersection data; | The iPad connected to the XRPro LLC Structure Sensor 3 includes an integrated receiver for receiving the transmitted, processed intersection data.<br><br>For example, The iPad, connected to XRPro LLC's Structure Sensor 3 via a USB cable, includes an integrated receiver that receives the transmitted processed intersection data for further processing.<br>.<br><br><br><br>Source:<br>https://structure.io/structure-sensor-3-for-ipad/#:~:text=Not%20sure?,date%20is%2023rd%20May%202025 |



Source: https://structure.io/structure-sensor-3/



Source:

https://structure.io/structure-sensor-3-for-
ipad/#:~:text=Not%20sure?,date%20is%2023rd%20May%202025

With triple the battery capacity, 20% less power consumption during scanning, and a custom
designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan
more patients than ever. Save time and eliminate repeat patient visits with Structure SDK
features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether
it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever
you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the
software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the
precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-
3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of
applications, it empowers developers and businesses to capture and analyze the world in three dimensions with
remarkable precision.

Source: https://structure.io/structure-sdk/

29

| tracking means for tracking the position of the projected pattern of structured light; | The XRPro LLC Structure Sensor 3 3D Scanning System includes tracking means for tracking the position of the projected pattern of structured light.<br><br>For example, the Structure Sensor 3 includes structured light technology for tracking the spatial position and geometry of target objects, providing real-time depth tracking for 3D scanning and visualization applications.<br><br>## 3x the performance<br><br>With an all-new neural processor, a fully redesigned sensor, advanced Structure SDK features, and anatomic landmark detection and measurements in Structure Cloud, Structure Sensor 3 is our most powerful platform to date. With a free year of Structure Capture included[1] and hundreds of support apps, it's never been easier to get scanning right out of the box.<br><br>With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.<br><br>Source: https://structure.io/structure-sensor-3/ |

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



Source: https://structure.io/structure-sensor-3/

31



Source: https://support.structure.io/article/461-technical-specifications

| means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | The XRPro LLC Structure Sensor 3 3D Scanning System includes means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed.<br><br>For example, the Structure Sensor 3 tracks the position of the object being scanned as it is rotated from an initial position to other positions to capture light pattern images from different locations around the target object. |
|---|---|



Source: https://structure.io/structure-sensor-3/





Source: https://structure.io/structure-sensor-3/



Source: https://support.structure.io/article/461-technical-specifications

| transforming means for transforming each intersection datum into coordinates of the object coordinate system; and | The XRPro LLC Structure Sensor 3 3D Scanning System includes transforming means for transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the Structure Sensor 3 executes algorithms on its connected iPad to transform the acquired scanning data into a single coordinate system. |
| --- | --- |

# Good things come in 3s.

The all-new **Structure Sensor 3** toughens up with our most durable, longest-lasting and most powerful scanning platform to date. Push the limits of what's possible with three times the battery life, a sensor redesigned with the rigors of your practice in mind, and more performance than ever.

## 3x the performance

With an all-new neural processor, a fully redesigned sensor, advanced Structure SDK features, and anatomic landmark detection and measurements in Structure Cloud, Structure Sensor 3 is our most powerful platform to date. With a free year of Structure Capture included[1] and hundreds of support apps, it's never been easier to get scanning right out of the box.

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



Source: https://structure.io/structure-sensor-3/



Source: https://support.structure.io/article/454-which-ipads-can-i-use-with-structure-sensor-3

| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | The XRPro LLC Structure Sensor 3 3D Scanning System includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>The Structure Sensor 3 produces detailed volumetric 3D surface scans of complex-shaped objects. The acquired scanned data is transformed by algorithms executing on the connected iPad into a single coordinate system. That data is accumulated into a high-density point cloud for dimensional analysis and surface comparison, with results displayed as visual representations and measurements. |

# Good things come in 3s.

The all-new **Structure Sensor 3** toughens up with our most durable, longest-lasting and most powerful scanning platform to date. Push the limits of what's possible with three times the battery life, a sensor redesigned with the rigors of your practice in mind, and more performance than ever.

## 3x the performance

With an all-new neural processor, a fully redesigned sensor, advanced Structure SDK features, and anatomic landmark detection and measurements in Structure Cloud, Structure Sensor 3 is our most powerful platform to date. With a free year of Structure Capture included[1] and hundreds of support apps, it's never been easier to get scanning right out of the box.

With triple the battery capacity, 20% less power consumption during scanning, and a custom designed heatsink with enhanced thermal dissipation, Structure Sensor 3 is ready to scan more patients than ever. Save time and eliminate repeat patient visits with Structure SDK features like Scan Quality Indicator that help ensure your first scan is a perfect one. Whether it's at the clinic or in the field, Structure Sensor 3 is designed to be ready to scan whenever you need.

Source: https://structure.io/structure-sensor-3/

If you're trying to scan 3D objects or track motion paths, the quality of results will vary widely depending on the software used. Make sure you're using the latest Structure SDK and have tried a variety of different apps to gauge the precision and accuracy of results achievable.

Source: https://support.structure.io/article/503-my-use-case-isnt-listed-here-will-structure-sensor-3-still-work-for-me

# Welcome to the bleeding edge of 3D capture.

Structure SDK has revolutionized 3D scanning and depth-sensing technology. Designed for a wide range of applications, it empowers developers and businesses to capture and analyze the world in three dimensions with remarkable precision.

Source: https://structure.io/structure-sdk/



Source: https://structure.io/structure-sensor-3/



Source: https://support.structure.io/article/454-which-ipads-can-i-use-with-structure-sensor-3